FILED _____    _____ LODGED
_____ RECEIVED    _____ COPY

MAY 1 9 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

RAYNETTE M. LOGAN
Arizona State Bar No. 016695
W. VINNIE LICHVAR
Arizona State Bar No. 028112
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone: 602-514-7500
Email: Raynette.Logan@usdoj.gov
Email: Vinnie.Lichvar@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>         vs.<br><br> Robert Sean Enos,<br><br>                    Defendant. | CR-26-00510-001-PHX-SMB<br><br>**R E D A C T E D<br>I N F O R M A T I O N**<br><br>VIO:  18 U.S.C. §§ 1153 and 1111<br>         (CIR - 2nd Degree Murder)<br>         Counts 1 and 2<br><br>         18 U.S.C. §§ 1153 and 113(a)(6)<br>         (CIR – Assault Resulting in Serious<br>         Bodily Injury)<br>         Count 3 |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about June 1, 2024, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, defendant, ROBERT SEAN ENOS, an Indian, did with malice aforethought unlawfully kill J.B.

In violation of Title 18, United States Code, Sections 1153 and 1111.

### COUNT 2

On or about June 1, 2024, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, defendant, ROBERT SEAN ENOS, an Indian,

did with malice aforethought unlawfully kill A.A.

In violation of Title 18, United States Code, Sections 1153 and 1111.

### COUNT 3

On or about June 1, 2024, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, the defendant, ROBERT SEAN ENOS, an Indian, did intentionally, knowingly and recklessly assault G.B., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

Dated this 12th day of May, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/

RAYNETTE M. LOGAN
W. VINNIE LICHVAR
Assistant U.S. Attorneys