FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 1 9 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# WAIVER OF INDICTMENT

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF ARIZONA

United States of America,

                    Plaintiff,

vs.

Robert Sean Enos,

                    Defendant.

Case No. CR-26-00510-001-PHX-SMB

Robert Sean Enos, the above-named defendant, who is accused of violating Title 18, United States Code, Sections 1153 and 1111, CIR-Second Degree Murder, and Title 18, United States Code, Sections 1153 and 113(a)(6), CIR-Assault Resulting in Serious Bodily Injury, being advised of the nature of the charges and of his rights, waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
ROBERT SEAN ENOS
Defendant

_____
SANDRA HAMILTON
CARLOS BROWN
Attorneys for Defendant

Date 5/19/26